# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
NORWAY ADVENTURE SPORTS, LTD.       §        Case No. 08-10458
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
          . The case was converted to one under Chapter 7 on              . The
undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-10458 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | Date Filed (f) or Converted (c): | 06/16/08 (c) |
| | | 341(a) Meeting Date: | 07/30/08 |
| For Period Ending: | 02/15/11 | Claims Bar Date: | 12/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account J.P. Morgan Chase Mount Prospect | 7,571.00 | 7,571.00 | | 0.00 | 7,571.00 |
| 2. Checking Account J.P. Morgan Chase Mount Prospect | 4.00 | 4.00 | | 0.00 | 4.00 |
| 3. Security Deposit with Landlord, Alpha Commercial P | 2,960.00 | 2,960.00 | | 0.00 | 2,960.00 |
| 4. Accounts Receiveable Steven Beil - $2,800 Aaron St | 7,700.00 | 7,700.00 | | 0.00 | 7,700.00 |
| 5. Possible theft claim $15,000 Casualty Insurance | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 6. 3 Leased Cashier Registers | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. Dell Plasma TV and Projector | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. See attached sheets Approximate value $150,000 | 150,000.00 | 150,000.00 | | 52,921.06 | 97,078.94 |
| 9. REFUND (u) UTILITY - NICOR | 0.00 | Unknown | | 1,307.31 | Unknown |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.92 | Unknown |

TOTALS (Excluding Unknown Values) $183,235.00 $183,235.00 $54,244.29 $130,313.94

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EMPLOYED BROKER TO SELL INVENTORY; ISSUE RE "POS" EQUIPMENT

TAX RETURNS filed; seeking to resolve IRS penalty assertions

-claims objections completed

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-10458 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208285  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9640 | | | |
| For Period Ending: | 02/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/08 | 9 | NICOR<br>P.O. BOX 190<br>AURORA, IL 60507-0190 | REFUND - UTILITIY | 1221-000 | 345.97 | | 345.97 |
| 08/29/08 | 10 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.02 | | 345.99 |
| 09/30/08 | 10 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.05 | | 346.04 |
| 10/08/08 | 9 | JPMORGAN CHASE | REFUND OVERPAYMENT | 1221-000 | 961.34 | | 1,307.38 |
| 10/31/08 | 10 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,307.46 |
| 11/28/08 | 10 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.10 | | 1,307.56 |
| 12/31/08 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 1,307.63 |
| 01/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,307.64 |
| 02/09/09 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>BOND # 016026455 | 2300-000 | | 1.20 | 1,306.44 |
| 02/10/09 | 8 | chicago liquidators services, inc.<br>CHICAGO LIQUIDATORS SERVICES, INC.<br>CHICAGO LIQUIDATORS | sale of inventory<br>    Memo Amount:          46,130.06<br>sale of inventory<br>    Memo Amount:     (   26,130.06 )<br>Chicago Liquidators | 1121-000<br><br>3610-000 | 20,000.00 | | 21,306.44 |
| 02/27/09 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 21,306.51 |
| 03/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,306.70 |
| 04/20/09 | 8 | CHICAGO LIQUIDATORS | SALE PROCEEDS | 1121-000 | 6,791.00 | | 28,097.70 |
| 04/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 28,098.21 |
| 05/29/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,098.92 |
| 06/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,099.62 |
| 07/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,100.34 |
| 08/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,101.06 |
| 09/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 28,101.75 |

Page Subtotals          28,102.95          1.20

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 08-10458 -ABG |
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. |
| Taxpayer ID No: | *******9640 |
| For Period Ending: | 02/15/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208285  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,102.46 |
| 11/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,103.16 |
| 12/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,103.88 |
| 01/29/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,104.59 |
| 02/15/10 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 31.30 | 28,073.29 |
| 02/26/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 28,073.94 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,074.66 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 28,075.35 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,076.06 |
| 06/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,076.76 |
| 07/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,077.47 |
| 08/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,078.19 |
| 09/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 28,078.88 |
| 10/29/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,079.59 |
| 11/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,080.29 |
| 12/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,081.01 |
| 01/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,081.73 |
| 02/10/11 | 000103 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | 2300-000 | | 46.71 | 28,035.02 |
| | | | Page Subtotals | | 11.28 | 78.01 | |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM24

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-10458 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208285 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9640 | | | |
| For Period Ending: | 02/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 46,130.06 | COLUMN TOTALS | | 28,114.23 | 79.21 | 28,035.02 |
| | | Memo Allocation Disbursements: | 26,130.06 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | | Subtotal | | 28,114.23 | 79.21 | |
| | | Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 28,114.23 | 79.21 | |
| | | | | | | NET | | ACCOUNT |
| | | Total Allocation Receipts: | 46,130.06 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 26,130.06 | Money Market - Interest Bearing - 4429208285 | 28,114.23 | 79.21 | 28,035.02 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | Total Memo Allocation Net: | 20,000.00 | | 28,114.23 | 79.21 | 28,035.02 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10458 | | Page 1 | | | Date: February 15, 2011 |
| Debtor Name: | NORWAY ADVENTURE SPORTS, LTD. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $5,962.21 | $0.00 | $5,962.21 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | Filed 02/10/11 | $46.71 | $46.71 | $0.00 |
| 000007 001 2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B> | Administrative | Filed 06/23/08 | $325.00 | $0.00 | $325.00 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $19,906.50 | $0.00 | $19,906.50 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $264.63 | $0.00 | $264.63 |
| 001 3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $2,331.10 | $0.00 | $2,331.10 |
| 000019B 053 5300-00 | Matt Knowles<br>210 South George Street<br>Mount Prospect, IL 60056 | Priority | Filed 01/30/09<br>(19-1) Wages<br>Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000013 056 5600-00 | Steven Beil<br>1925 S Crescent<br>Park Ridge, IL 60068 | Priority | Filed 08/14/08<br>Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000008 050 5800-00 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | Priority | Filed 06/24/08 | $800.00 | $0.00 | $800.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10458 | | Page 2 | | | Date: February 15, 2011 |
| Debtor Name: | NORWAY ADVENTURE SPORTS, LTD. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Swiss Army 7 Victoria Drive P.O. Box 1212 Monrow, CT 06468 | Unsecured | Filed 05/19/08 | $1,514.73 | $0.00 | $1,514.73 |
| 000002 070 7100-00 | Life is Good 15 Hudson Park Drive Hudson, NH 03051 | Unsecured | Filed 05/19/08 Claim Obj Filed | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | Sigg 1177 High Ridge Road Stamford, CT 06905 | Unsecured | Filed 05/19/08 duplicate claim - see claim # 14 Claim Objection Filed | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | Sugoi P.O. Box 2482 Blaine, WA 98231-2482 | Unsecured | Filed 05/20/08 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000005 070 7100-00 | Lawrence J. Maurer 22 Hilusi Mt Prospect, ILL 60056 | Unsecured | Filed 06/02/08 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000006 070 7100-00 | Jamis 151 Ludlow Avenue Northvale, NJ 07647 | Unsecured | Filed 06/09/08 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Specialized Bicycle Components c/o IFS 5200 Stoneham Rd #200 North Canton, OH 44720 | Unsecured | Filed 07/08/08 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000010 070 7100-00 | Specialized Bicycle Components c/o IFS 5200 Stoneham Rd #200 North Canton, OH 44720 | Unsecured | Filed 07/08/08 | $28,418.72 | $0.00 | $28,418.72 |
| 000011 070 7100-00 | Wolverine Worldwide Inc 9345 Courtland Drive Rockford, MI 49351 | Unsecured | Filed 07/10/08 | $8,186.31 | $0.00 | $8,186.31 |
| 000012 070 7100-00 | Dale of Norway POB 1247 Northbrook, IL 60065 | Unsecured | Filed 07/11/08 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000014 070 7100-00 | Sigg 1177 High Ridge Road Stamford, CT 06905 | Unsecured | Filed 10/03/08 duplicate claim see claim #3 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000015 070 7100-00 | Kaenon Inc. 1607 Babcock Street Newport Beach, CA 92663 | Unsecured | Filed 10/06/08 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000016 070 7100-00 | Alpha Commercial Properties, LLC c/o Riebandt & DeWald P.C. 1737 S. Arlington Heights Road Arlington Heights, IL 60005 | Unsecured | Filed 10/15/08 | $63,485.15 | $0.00 | $63,485.15 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10458 | | Page 3 | | | Date: February 15, 2011 |
| Debtor Name: | NORWAY ADVENTURE SPORTS, LTD. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017 070 7100-00 | Sugoi P.O. Box 2482 Blaine, WA 98231-2482 | Unsecured | Filed 10/20/08 duplicate claim see claim #4 Claim Objection filed | $0.00 | $0.00 | $0.00 |
| 000018 070 7100-00 | Ex Officio LLC 2321 Circadian Way Santa Rosa, CA 95407 | Unsecured | Filed 10/21/08 | $14,467.28 | $0.00 | $14,467.28 |
| 000019A 080 7200-00 | Matt Knowles 210 South George Street Mount Prospect, IL 60056 | Unsecured | Filed 01/30/09 (19-1) Wages over priority amount Claim Objection filed | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $145,708.34 | $46.71 | $145,661.63 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-10458
Case Name: NORWAY ADVENTURE SPORTS, LTD.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

    Balance on hand      $_____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Swiss Army | $ | $ | $ |
| 000010 | Specialized Bicycle Components | $ | $ | $ |
| 000011 | Wolverine Worldwide Inc | $ | $ | $ |
| 000016 | Alpha Commercial Properties, LLC | $ | $ | $ |
| 000018 | Ex Officio LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                                                                                    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE