UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
NORWAY ADVENTURE SPORTS, LTD. §   Case No. 08-10458
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/25/2011 in Courtroom 613,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/02/2011          By: /s/ Andrew J. Maxwell
                                                             Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
NORWAY ADVENTURE SPORTS, LTD. § Case No. 08-10458
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 54,244.75 |
| and approved disbursements of | $ | 26,209.27 |
| leaving a balance on hand of[1] | $ | 28,035.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 5,962.21 | $ 0.00 | $ 5,806.07 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 19,906.50 | $ 0.00 | $ 19,385.17 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 264.63 | $ 0.00 | $ 257.70 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 2,331.10 | $ 0.00 | $ 2,270.05 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 325.00 | $ 0.00 | $ 316.49 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 46.71 | $ 46.71 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 28,035.48 |
| Remaining Balance | $ | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Internal Revenue Service | $ 800.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,072.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Swiss Army | $ 1,514.73 | $ 0.00 | $ 0.00 |
| 000010 | Specialized Bicycle Components | $ 28,418.72 | $ 0.00 | $ 0.00 |
| 000011 | Wolverine Worldwide Inc | $ 8,186.31 | $ 0.00 | $ 0.00 |
| 000016 | Alpha Commercial Properties, LLC | $ 63,485.15 | $ 0.00 | $ 0.00 |
| 000018 | Ex Officio LLC | $ 14,467.28 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Andrew J. Maxwell
                                   Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 08-10458-ABG
Norway Adventure Sports, Ltd.                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2          Date Rcvd: May 02, 2011
                              Form ID: pdf006           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2011.
```
db         +Norway Adventure Sports, Ltd.,   56 E. N.W. Highway,   Mount Prospect, IL 60056-3223
aty        +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
             Chicago, IL 60603-6209
aty        +David R Herzog,   Herzog & Schwartz Pc,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
aty        +Jaclyn H. Smith,   Maxwell Law Group, LLC,   105 W. Adams Street,   Suite 3200,
             Chicago, IL 60603-6209
aty        +Vikram R Barad,   Maxwell Law Group, LLC,   105 W. Adams Street, Suite 3200,
             Chicago, IL 60603-6209
tr         +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
             Chicago, IL 60603-6209
12376285    ADT,   POB 371490,   Pittsburgh, PA 13250
12214295   +Alpha Commercial,   250 S. Northwest Highway,   Suite 300,   Park Ridge, IL 60068-4244
12214296    Alpha Commercial Properties, LLC,   c/o Riebandt & DeWald P.C.,   1737 S. Arlington Heights Road,
             Arlington Heights, IL 60005
12214297   +Bell Sports,   3367 Paysphere Circle,   Chicago, IL 60674-0001
12214298   +Bugaboos Eyewear,   4152 Meridian Street,   Suite 105,   Bellingham, WA 98226-5589
12214299   +Cbeyond - T1 Internet Phones,   320 Interstate North Parkway,   Atlanta, GA 30339-2213
12214300   +Crumpler,   P.O. Box 220421,   Brooklyn, NY 11222-0421
12214301   +Dale of Norway,   4750 Shelburne Raod,   Suite 20,   Sheburne, VT 05482-4439
12408813   +Dale of Norway,   POB 1247,   Northbrook, IL 60065-1247
12214302   +Dell-Computer Lease,   1 Dell Way,   Round Rock, TX 78682-0001
12214303   +Ex Officio LLC,   2321 Circadian Way,   Santa Rosa, CA 95407-5416
12214304   +Horny Toad,   P.O. Box 21508,   Santa Barbara, CA 93121-1508
12322619  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
             PO Box 21126,   Philadelphia PA 19114)
12376284    Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12214305   +J&B,   P.O. Box 161859,   Miami, FL 33116-1859
12214306   +Jamis,   151 Ludlow Avenue,   Northvale, NJ 07647-2305
12214307   +Kaenon Inc.,   1607 Babcock Street,   Newport Beach, CA 92663-2805
12214308    Kuhl,   4884 S. 300 W.,   Murray, UG 94107
12214309   +Lake Shoes/Phoenix Int'l,   805 Greenwood Street,   Evanston, IL 60201-6521
12292793   +Lawrence J. Maurer,   22 Hilusi,   Mt Prospect, ILL 60056-3023
12214310   +Life is Good,   15 Hudson Park Drive,   Hudson, NH 03051-3989
12376428   +Matt Knowles,   210 South George Street,   Mount Prospect, IL 60056-3430
13476690   +Matthew Knowles,   20 S. George Street,   Mount Prospect, IL 60056-3426
12214311   +Mission Playground,   3330 Industrial Ct.,   San Diego, CA 92121-1003
12214312   +Olympic,   5711 West Douglas Avenue,   Milwaukee, WI 53218-1690
12214313   +Patagonia,   P.O. Box 150,   Ventura, CA 93002-0150
12395535   +Patagonia Inc,   5200 Stoneham Rd #200,   North Canton, OH 44720-1584
12214314   +Sigg,   1177 High Ridge Road,   Stamford, CT 06905-1221
12214315   +Specialized,   15130 Concord Circle,   Morgan Hill, CA 95037-5493
12395532   +Specialized Bicycle Components,   c/o IFS,   5200 Stoneham Rd #200,   North Canton, OH 44720-1584
12520486   +Steven Beil,   1925 S Crescent,   Park Ridge, IL 60068-5315
12376434   +Stuart Wolf,   3345 N Arlington Heights Rd Ste G,   Arlington Heights, IL 60004-1591
12214316    Sugoi,   P.O. Box 2482,   Blaine, WA 98231-2482
12214317   +Swiss Army,   7 Victoria Drive,   P.O. Box 1212,   Monrow, CT 06468-8212
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12376287    +E-mail/Text: legalcollections@comed.com May 03 2011 00:11:30      ComEd Company,
             Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
12214318    +E-mail/Text: kentde@wwwinc.com May 03 2011 00:13:08      Wolverine Worldwide Inc,
             9345 Courtland Drive,   Rockford, MI 49351-0004
                                                                                              TOTAL: 2
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12376286    Bob Accounting
12376289    Curt Sand
12376291    Dick Knowles
12350585    Office of the U.S. Trustee
12376442    Victorionox,   Schmiedgasse 57,   CH-6438 Ibach-Schwyz
aty*       +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
             Chicago, IL 60603-6209
                                                                                 TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: rgreen              Page 2 of 2            Date Rcvd: May 02, 2011
                              Form ID: pdf006           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2011**              **Signature:**              *Joseph Speetjens*