IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| NORWAY ADVENTURE SPORTS, LTD. | ) | CASE NO. 08-10458-ABG |
| | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE A. BENJAMIN GOLDGAR
      BANKRUPTCY JUDGE


   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

   All checks have been cashed.  Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.


8-22-11_____                               ___/s/ Andrew J. Maxwell_____
DATE                                            TRUSTEE


ANDREW J. MAXWELL
105 W. Adams
SUITE 3200
CHICAGO, IL  60603
(312) 368-1138