UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
NORWAY ADVENTURE SPORTS, LTD. §    Case No. 08-10458
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on             , and it was converted to chapter 7 on            .  The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| CHICAGO LIQUIDATORS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019B | MATT KNOWLES | | | | | |
| 000013 | STEVEN BEIL | | | | | |
| 000008 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | ALPHA COMMERCIAL PROPERTIES, LLC | | | | | |
| 000012 | DALE OF NORWAY | | | | | |
| 000018 | EX OFFICIO LLC | | | | | |
| 000006 | JAMIS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | KAENON INC. | | | | | |
| 000005 | LAWRENCE J. MAURER | | | | | |
| 000002 | LIFE IS GOOD | | | | | |
| 000003 | SIGG | | | | | |
| 000014 | SIGG | | | | | |
| 000009 | SPECIALIZED BICYCLE COMPONENTS | | | | | |
| 000010 | SPECIALIZED BICYCLE COMPONENTS | | | | | |
| 000004 | SUGOI | | | | | |
| 000017 | SUGOI | | | | | |
| 000001 | SWISS ARMY | | | | | |
| 000011 | WOLVERINE WORLDWIDE INC | | | | | |
| 000019A | MATT KNOWLES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 08-10458 Doc 78 Filed 09/01/11 Entered 09/01/11 18:41:07 Desc Main
Document Page 7 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-10458 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | | Date Filed (f) or Converted (c): | 06/16/08 (c) |
| | | | 341(a) Meeting Date: | 07/30/08 |
| For Period Ending: | 09/01/11 | | Claims Bar Date: | 12/26/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account J.P. Morgan Chase Mount Prospect | 7,571.00 | 7,571.00 | | 0.00 | 7,571.00 |
| 2. Checking Account J.P. Morgan Chase Mount Prospect | 4.00 | 4.00 | | 0.00 | 4.00 |
| 3. Security Deposit with Landlord, Alpha Commercial P | 2,960.00 | 2,960.00 | | 0.00 | 2,960.00 |
| 4. Accounts Receiveable Steven Beil - $2,800 Aaron St | 7,700.00 | 7,700.00 | | 0.00 | 7,700.00 |
| 5. Possible theft claim $15,000 Casualty Insurance | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 6. 3 Leased Cashier Registers | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. Dell Plasma TV and Projector | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. See attached sheets Approximate value $150,000 | 150,000.00 | 150,000.00 | | 52,921.06 | 97,078.94 |
| 9. REFUND (u) UTILITY - NICOR | 0.00 | Unknown | | 1,307.31 | Unknown |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16.81 | Unknown |
| TOTALS (Excluding Unknown Values) | $183,235.00 | $183,235.00 | | $54,245.18 | $130,313.94 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-filed FR w/UST 2/15/11

EMPLOYED BROKER TO SELL INVENTORY; ISSUE RE "POS" EQUIPMENT

TAX RETURNS filed; seeking to resolve IRS penalty assertions

-claims objections completed

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-10458 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8285  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9640 | | | |
| For Period Ending: | 09/01/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/08 | 9 | NICOR<br>P.O. BOX 190<br>AURORA, IL 60507-0190 | REFUND - UTILITIY | 1221-000 | 345.97 | | 345.97 |
| 08/29/08 | 10 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.02 | | 345.99 |
| 09/30/08 | 10 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 0.05 | | 346.04 |
| 10/08/08 | 9 | JPMORGAN CHASE | REFUND OVERPAYMENT | 1221-000 | 961.34 | | 1,307.38 |
| 10/31/08 | 10 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,307.46 |
| 11/28/08 | 10 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 0.10 | | 1,307.56 |
| 12/31/08 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 1,307.63 |
| 01/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,307.64 |
| 02/09/09 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>BOND # 016026455 | 2300-000 | | 1.20 | 1,306.44 |
| 02/10/09 | | chicago liquidators services, inc. | sale of inventory | | 20,000.00 | | 21,306.44 |
| | 8 | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:      46,130.06<br>sale of inventory | 1121-000 | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount:   (   26,130.06 )<br>Chicago Liquidators | 3610-000 | | | |
| 02/27/09 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 21,306.51 |
| 03/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,306.70 |
| 04/20/09 | 8 | CHICAGO LIQUIDATORS | SALE PROCEEDS | 1121-000 | 6,791.00 | | 28,097.70 |
| 04/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 28,098.21 |
| 05/29/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,098.92 |
| 06/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,099.62 |
| 07/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,100.34 |
| 08/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,101.06 |
| 09/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 28,101.75 |

Page Subtotals     28,102.95     1.20

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-10458 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8285  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9640 | | |
| For Period Ending: | 09/01/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,102.46 |
| 11/30/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,103.16 |
| 12/31/09 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,103.88 |
| 01/29/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,104.59 |
| 02/15/10 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 31.30 | 28,073.29 |
| 02/26/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 28,073.94 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,074.66 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 28,075.35 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,076.06 |
| 06/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,076.76 |
| 07/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,077.47 |
| 08/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,078.19 |
| 09/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.69 | | 28,078.88 |
| 10/29/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,079.59 |
| 11/30/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,080.29 |
| 12/31/10 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,081.01 |
| 01/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,081.73 |
| 02/10/11 | 000103 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 46.71 | 28,035.02 |
| 02/28/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 28,035.24 |
| 03/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,035.48 |
| 04/29/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 28,035.70 |
| 05/27/11 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 28,035.91 |
| 05/27/11 | | Transfer to Acct #*******4856 | Final Posting Transfer | 9999-000 | | 28,035.91 | 0.00 |
| | | | Page Subtotals | | 12.17 | 28,113.92 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-10458 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8285  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9640 | | |
| For Period Ending: | 09/01/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 46,130.06 | COLUMN TOTALS | | 28,115.12 | 28,115.12 | 0.00 |
| | Memo Allocation Disbursements: | 26,130.06 | Less: Bank Transfers/CD's | | 0.00 | 28,035.91 | |
| | | | Subtotal | | 28,115.12 | 79.21 | |
| | Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 28,115.12 | 79.21 | |

Page Subtotals     0.00     0.00

Ver: 16.02b

LFORM24

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-10458 -ABG |
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. |
| Taxpayer ID No: | *******9640 |
| For Period Ending: | 09/01/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4856  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/11 | | Transfer from Acct #*******8285 | Transfer In From MMA Account | 9999-000 | 28,035.91 | | 28,035.91 |
| * 06/01/11 | 001001 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>Per Court order entered 5/25/2011 | 3110-003 | | 19,906.50 | 8,129.41 |
| * 06/01/11 | 001001 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3110-003 | | -19,906.50 | 28,035.91 |
| * 06/01/11 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>Per Court order entered 5/25/2011 | 3120-003 | | 264.63 | 27,771.28 |
| * 06/01/11 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3120-003 | | -264.63 | 28,035.91 |
| * 06/01/11 | 001003 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | ACCT FOR TRUSTEE FEES<br>Per court order entered 5/25/2011 | 3410-003 | | 2,331.10 | 25,704.81 |
| * 06/01/11 | 001003 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | ACCT FOR TRUSTEE FEES | 3410-003 | | -2,331.10 | 28,035.91 |
| 06/01/11 | 001004 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE | 2100-000 | | 5,806.16 | 22,229.75 |
| 06/01/11 | 001005 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550 | ACCT FOR TRUSTEE FEES | 3410-000 | | 2,270.09 | 19,959.66 |

Page Subtotals     28,035.91     8,076.25

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-10458 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4856 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9640 | | |
| For Period Ending: | 09/01/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/01/11 | 001006 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60601 | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 19,385.47 | 574.19 |
| 06/01/11 | 001007 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-000 | | 257.70 | 316.49 |
| 06/01/11 | 001008 | Office of the U.S. Trustee<br>(ADMINISTRATIVE) | US TRUSTEE QUARTERLY FEES | 2950-000 | | 316.49 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 28,035.91 | 28,035.91 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 28,035.91 | 0.00 | |
| | | Subtotal | 0.00 | 28,035.91 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 28,035.91 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 46,130.06 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 26,130.06 | Money Market - Interest Bearing - ********8285 | 28,115.12 | 79.21 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********4856 | 0.00 | 28,035.91 | 0.00 |
| Total Memo Allocation Net: | 20,000.00 | | 28,115.12 | 28,115.12 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    19,959.66

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-10458 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | NORWAY ADVENTURE SPORTS, LTD. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4856 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9640 | | |
| For Period Ending: | 09/01/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*